We are cited to the case of Nichols v. State, Tex.Cr.App., 236 S.W.2d 801, but we do not think this case is in point herein.

We see no error set forth in the record and no reason why this cause should be reversed.

The judgment is therefore affirmed.

## LOPEZ v. STATE.
No. 26269.

Court of Criminal Appeals of Texas.

Feb. 18, 1953.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

No attorney on appeal..

George P. Blackburn, State's Atty., Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted for the offense of driving an automobile upon a public highway while intoxicated, and his punishment was assessed at a fine of $100.

The record contains no notice of appeal, in the absence of which we are without jurisdiction to enter any order except a dismissal of the appeal.

The appeal is dismissed.

Opinion approved by the Court.